**No. 50372.**—Protests 25609–K (S–1), etc., of Ti Hang Lung & Co. et al. (San Francisco).

Opinion by COLE, J. It was stipulated and agreed that the merchandise in question consists of medicinal preparations the same in all material respects as the merchandise passed upon in *Wing Duck Co.* v. *United States* (6 Cust. Ct. 133, C. D. 446), and *Shun Yuen Hing & Co.* v. *United States* (11 Ct. Cust. Appls. 331, T. D. 39143), which records were incorporated herein. In accordance therewith it was held that the revenue tax imposed by the collector does not apply to the merchandise. The protests were sustained to this extent.

**No. 50373.**—Protests 69490–K, etc., of Wm. Filene's Sons Co. et al. (Boston, etc.).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50374.**—Protests 110066–K, etc., of Balfour, Guthrie & Co., Ltd., et al. (New York).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50375.**—Protest 114179–K/105 of J. E. Bernard & Co., Inc. (Chicago).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE THIRD DIVISION, JULY 25, 1945

**No. 50376.**—Protest 54519–K of Altman & Kuhne, Inc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry. The protest was sustained to this extent.